**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1589**

---

DEVERA L. FOREMANYE,

                              Plaintiff - Appellant,

        versus

BOARD OF COMMUNITY COLLEGE TRUSTEES FOR BALTI-
MORE COUNTY,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-95-143-H)

---

Submitted:  February 11, 1997        Decided:  February 25, 1997

---

Before WIDENER and ERVIN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

DeVera L. Foremanye, Appellant Pro Se.  Carol Saffran-Brinks,
BALTIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment against her in this action alleging a violation of Title VII of the Civil Rights Act of 1964, as amended, and the Americans with Disabilities Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Foremanye v. Board of Community College Trustees</u>, No. CA-95-143-H (D. Md. Mar. 21, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>